**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **RICHARDSON BURGESS** | : |
| | : |
| **Debtor** | : |
| | : |
| | :   BK. NO. 19-11543 |
| | :   CHAPTER 13 |
| | : |
| | :   11 U.S.C. |

**CERTIFICATION OF SERVICE**

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 15th day of May, 2019, I did serve a copy of the Objection to Proof of Claim of The Internal Revenue Service on the following individuals:

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Internal Revenue Service
Attn: Jean Harmon, Bankruptcy Specialist
600 Arch Street, Room 5200
Philadelphia, PA 19106

DATE: May 15, 2019                ATTORNEYS FOR DEBTOR

   _/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Suite 1500
Philadelphia, PA 19103
(215)925-8400