# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **RICHARDSON BURGESS** | : | |
| | : | |
| | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | NO.: 19-11543 |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**ASHLEY M. SULLIVAN, on behalf of Richardson Burgess, Debtor has filed an objection to the proof of claim by The Internal Revenue Service.**

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman on June 25, 2019, at 11:00 a.m., in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.  If you or your attorney does not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

Attorney for Objector
Ashley M. Sullivan, Esq.
Freedman and Lorry, P.C.
1601 Market Street
Suite 1500
Philadelphia, PA  19103
(215) 925-8400
(215) 925-7516(fax)