# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
  Richardson Burgess :
                              :
                              :
                              : BANKRUPTCY NO. 19-11543MDC
          Debtor (s)

## **P R A E C I P E**

Please note the 341 Meeting of Creditors will be continued on June 3, 2019 at 12:00pm and not on June 5, 2019 12:00pm.


                                                                  Respectfully submitted,

Date: May 31, 2019                              /s/William C. Miller, Esquire
                                                                William C. Miller, Esquire
                                                                 Chapter 13 Standing Trustee
                                                                 P.O. Box 1229
                                                                 Philadelphia, PA  19105