## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **RICHARDSON BURGESS** | : |
| | : |
| **Debtor** | : |
| | : |
| | :  BK. NO. 19-11543 |
| | :  CHAPTER 13 |
| | : |
| | :  11 U.S.C. |

## CERTIFICATION OF SERVICE

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 8th day of July, 2019, I did serve a copy of the First Amended Chapter 13 Plan on the following individuals:

William C. Miller, Esquire          All Creditors
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105


DATE: July 8, 2019                    ATTORNEYS FOR DEBTOR

                                                            _/s/ Ashley M. Sullivan
                                                         ASHLEY M. SULLIVAN, ESQUIRE
                                                         FREEDMAN AND LORRY, P.C.
                                                         1601 Market Street, Suite 1500
                                                        Philadelphia, PA 19103
                                                        (215)925-8400