**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **RICHARDSON BURGESS** | : |
| | : |
| **Debtor** | : |
| | : |
| | :  BK. NO. 19-11543 |
| | :  CHAPTER 13 |
| | : |
| | :  11 U.S.C. |

**CERTIFICATION OF SERVICE**

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 15th day of July, 2019, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay filed by Wilmington Savings Fund Society on the following individuals:

William C. Miller, Esquire
Chapter 13 Standing Trustee
124 Market Street, Ste. 1813
Philadelphia, PA 19107

United States Trustee
Office of the US Trustee
833 Chestnut Street, Ste. 500
Philadelphia, PA  19107

Kevin G. McDonald, Esquire
KML Law Group
Suite 5000-BNY Mellon Independence Center
701 Market Street
Philadelphia, PA  19106

DATE: July 15, 2019                    ATTORNEYS FOR DEBTOR


/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street,  Ste. 1500
Philadelphia, PA 19103
(215)925-8400