UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RICHARDSON BURGESS | : | BANKRUPTCY NO. 19-11543 |
| | : | |
| DEBTOR | : | |
| | : | |

### ORDER

AND NOW, this 26th day of June, 2019, upon consideration of Debtor's OBJECTION TO PROOF OF CLAIM OF INTERNAL REVENUE SERVICE, and a hearing having been held in the matter on June 25, 2019, and for good cause shown, it is hereby

ORDERED and DECREED that Debtor's Objection is sustained *in part, and denied in part*, and Claim #1, filed by The Internal Revenue Service, is allowed $3,744.16 only in the amount of ~~$9,092.63 is denied~~.

Magdeline D. Coleman
Chief United States Bankruptcy Judge