United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11543-mdc
Richardson Burgess                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                  Page 1 of 1                  Date Rcvd: Jul 25, 2019
                              Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
db             +Richardson Burgess,    139 Crum Creek Road,    Woodlyn, PA 19094-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14287105       +E-mail/Text: cio.bncmail@irs.gov Jul 26 2019 03:22:10      Internal Revenue Service,
                 2970 Market St,    Philadelphia, PA 19104-5002
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:
              ASHLEY M. SULLIVAN    on behalf of Debtor Richardson  Burgess asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RICHARDSON BURGESS | : | BANKRUPTCY NO. 19-11543 |
| | : | |
| DEBTOR | : | |
| | : | |

## ORDER

AND NOW, this 26th day of June, 2019, upon consideration of Debtor's OBJECTION TO PROOF OF CLAIM OF INTERNAL REVENUE SERVICE, and a hearing having been held in the matter on June 25, 2019, and for good cause shown, it is hereby

ORDERED and DECREED that Debtor's Objection is sustained *in part, and denied in part*, and Claim #1, filed by The Internal Revenue Service, *is allowed $3,744.16 only* in the amount of ~~$9,092.63 is denied~~.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge