# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-11543-MDC

RICHARDSON  BURGESS

139 CRUM CREEK ROAD

WOODLYN, PA 19094

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RICHARDSON  BURGESS

    139 CRUM CREEK ROAD

    WOODLYN, PA 19094

Counsel for debtor(s), by electronic notice only.

    ASHLEY M. SULLIVAN
    FREEDMAN AND LORRY P.C.
    1601 MARKET ST   STE 1500
    PHILADELPHIA, PA 19103-

Date: 7/29/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee