**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVNIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **RICHARDSON BURGESS** | : | |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 19-11543** |
| | : | |
| | : | |
| **Capital One Auto Finance** | : | |
| **Movant** | : | |

**DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CAPITAL ONE AUTO FINANCE**

NOW COMES RICHARDSON BURGESS, by and through his attorney Ashley M. Sullivan, Esquire, and hereby files an answer to the Motion for Relief from the Automatic Stay.

1. Admitted.
2. Admitted
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied. Debtor denies the allegations set forth in Paragraph 7 and strict proof thereof is demanded.
8. Admitted.
9. Denied.
10. Admitted.
11. Denied.
12. Denied.
13. Denied.  Strict proof of all fees incurred is demanded.
14. Denied.

WHEREFORE, Respondent respectfully requests that Movant's Motion to Relief from the Automatic Stay be denied.

FREEDMAN AND LORRY, P.C.

BY: /s/ Ashley M. Sullivan
ASHLEY M. SULLIVIAN, ESQUIRE
Attorney for Debtor

## CERTIFICATION

Petitioner certifies under penalty of perjury that the matters stated herein are true and correct to the best of her knowledge, information, and belief.

DATE: August 5, 2019

ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, 15th Floor
Philadelphia, PA 19103
(215)925-8400