**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **RICHARDSON BURGESS** | : |
| | : |
| **Debtor** | : |
| | : |
| | :  BK. NO. 19-11543 |
| | :  CHAPTER 13 |
| | : |
| | :  11 U.S.C. |

**CERTIFICATION OF SERVICE**

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 5th day of August, 2019, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay filed by Capital One Auto Finance on the following individuals:

William C. Miller, Esquire
Chapter 13 Standing Trustee
124 Market Street, Ste. 1813
Philadelphia, PA 19107

United States Trustee
Office of the US Trustee
833 Chestnut Street, Ste. 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
1333 Race Street
Philadelphia, PA 19107

DATE: August 5, 2019                ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400