**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Richardson Burgess,** | : | **Bankruptcy Case No. 19-11543** |
| | : | |
| Debtor. | : | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Debtor Richard Burgess.

                                  FREEDMAN AND LORRY, P.C.

BY:        /s/ Vladislav Kachka
                VLADISLAV KACHKA
                FREEDMAN AND LORRY, P.C.
                1601 Market Street, Ste. 1500
                Philadelphia, PA 19103
                (215) 925-8400
                vkachka@freedmanlorry.com
                PA Bar No. 326318

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw my appearance on behalf of Debtor Richard Burgess.

                                  FREEDMAN AND LORRY, P.C.

BY: /s/Ashley M. Sullivan
ASHLEY M. SULLIVAN
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400