UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
RICHARDSON BURGESS

Chapter 13

Debtor

Bankruptcy No. 19-11543-MDC

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 14, 2019

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
ASHLEY M. SULLIVAN  
FREEDMAN AND LORRY P.C.  
1601 MARKET ST STE 1500  
PHILADELPHIA, PA 19103-

Debtor:  
RICHARDSON BURGESS

139 CRUM CREEK ROAD

WOODLYN, PA 19094