```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-11543-mdc
Richardson Burgess                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 2           Date Rcvd: Nov 14, 2019
                              Form ID: pdf900           Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
```
db             +Richardson Burgess,    139 Crum Creek Road,    Woodlyn, PA 19094-1908
14287102       +Bestbuy/CBNA,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
14287106       +Ridley Township Tax Collector,    100 MacDade Blvd.,    Folsom, PA 19033-2511
14287107       +Rushmore Loan Management,    P.O. Box 514707,    Los Angeles, CA 90051-4707
14324094       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14305235       +Rushmore Loan Management Services,    c/o Kevin G. McDonald, Esq.,   KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14406701       +VLADISLAV KACHKA,    FREEDMAN AND LORRY, P.C.,    1601 Market Street, Ste. 1500,
                 Philadelphia, PA 19103-2316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 15 2019 03:38:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:19
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2019 03:38:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2019 03:48:51
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14323208       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2019 03:48:14
                 Capital One Auto Finance,   c/o Rejoy Nalkara,    4515 N Santa Fe Ave, Dept. APS,
                 Oklahoma City, OK 73118-7901
14323084       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2019 03:48:15
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14323086       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2019 03:48:51
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
14287104       +E-mail/Text: csd1clientservices@cboflanc.com Nov 15 2019 03:38:51
                 Credit Bureau of Lancaster County,    218 W. Orange Street,   Lancaster, PA 17603-3746
14287105       +E-mail/Text: cio.bncmail@irs.gov Nov 15 2019 03:37:58     Internal Revenue Service,
                 2970 Market St,    Philadelphia, PA 19104-5002
14327891        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 03:49:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14287108       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2019 03:48:58     Verizon,
                 By American InfoSource LP,   4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14287103      ##+Citibank,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                              Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Nov 14, 2019
                              Form ID: pdf900              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:

        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
         jschwartz@mesterschwartz.com
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        VLADISLAV  KACHKA    on behalf of Debtor Richardson  Burgess vkachka@freedmanlorry.com,
         hbanks@freedmanlorry.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                             TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
RICHARDSON BURGESS

       Debtor     Bankruptcy No. 19-11543-MDC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 14, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ASHLEY M. SULLIVAN
FREEDMAN AND LORRY P.C.
1601 MARKET ST STE 1500
PHILADELPHIA, PA 19103-

Debtor:
RICHARDSON BURGESS

139 CRUM CREEK ROAD

WOODLYN, PA 19094